**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RICHARD DIMUCCI and DAVID
QUEROLI,

                Plaintiffs,

    v.

THE PENNSYLVANIA CONVENTION
CENTER AUTHORITY and AHMEENAH
YOUNG,

                Defendants.

CIVIL ACTION

No. 08-4810

## ORDER

      AND NOW, this 24th day of September, 2009, for the reasons stated in the

accompanying opinion, it is hereby ORDERED that defendant's motion to dismiss the

complaint (docket no. 2) is DENIED as to Counts I and II of the complaint and

GRANTED as to Count III.

                              BY THE COURT:


                              /s/ Louis H. Pollak
                              Pollak, J.