UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD DIMUCCI and DAVID QUEROLI,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>THE PENNSYLVANIA CONVENTION CENTER AUTHORITY and AHMEENAH YOUNG,<br><br>　　　　　Defendants. | CIVIL ACTION<br><br>No. 08-4810 |

# ORDER

**AND NOW**, this 29th day of June, 2010, for the reasons stated in the accompanying opinion, it is hereby **ORDERED** as follows:

(1) Defendants' Motion for Summary Judgment (Docket No. 27) is **GRANTED**; and

(2) Defendants' Motion for Leave to File a Reply Brief (Docket No. 34) is **GRANTED**.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　/s/Louis H. Pollak
　　　　　　　　　　　　　　　　　Pollak, J.